Katherine Greybar, Appellee, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 40,599.

opinion filed October 25, 1939; rehearing denied November 9, 1939. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and James C. Rich, of counsel; Weinstein, Murray & Weinstein, for appellee; Meyer H. Weinstein and Irving H. Weinstein, of counsel. Opinion by Presiding Justice Denis E. Sullivan. ''Not to be published in full.''